AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
**Jan 30, 2026**
SEAN F. McAVOY, CLERK

TENNANCE B., )
      *Plaintiff* )
      v. ) Civil Action No. 1:25-CV-3124-TOR
FRANK BISIGNANO, )
Commissioner of Social Security, )
      *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Opening Brief (ECF No. 9) is GRANTED in part. Pursuant to 42 U.S.C. § 405(g), this action is REVERSED and REMANDED to the Commissioner. JUDGMENT is entered for the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date: 1/30/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*